UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BENJAMIN CAMERON WILLIAMSON,<br><br>               Petitioner,<br><br>   v.<br><br>BRITTANI MARIE O'LEARY WILLIAMSON,<br><br>               Respondent. | CASE NO. C13-6007 BHS<br><br>ORDER GRANTING TEMPORARY RESTRAINING ORDER |

     This matter comes before the Court on Benjamin Cameron Williamson's Motion for Restraining Order (Dkt. 2). The Court has considered the pleadings filed in support of motion and the remainder of the file and hereby grants the motion as follows:

     1.  Respondent Brittani Marie O'Leary Williamson is hereby prohibited from removing Petitioner and Respondent's minor child, C.A.W. ("Child"), from the jurisdiction of this Court pending a hearing on the merits of a preliminary injunction, and no person acting in concert or participating with Respondent shall take any action to

1 remove the Child from the jurisdiction of this Court pending a determination on the

2 merits of the preliminary injunction; and

3     2. A hearing on the merits of a preliminary injunction is hereby scheduled to

4 be held on December 2nd 2013, at 10:00 a.m. in Courtroom E of this Court.

5 **IT IS SO ORDERED.**

6 Dated this 22nd day of November, 2013.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge