UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BENJAMIN C. WILLIAMSON,

        Petitioner,

   v.

BRITTANI M. O'LEARY-WILLIAMSON,

        Respondent.

CASE NO. C13-6007 BHS

ORDER GRANTING IN PART AND DENYING IN PART RESPONDENT'S MOTION FOR A CONTINUANCE

    This matter comes before the Court on Respondent Brittani O'Leary-Williamson's ("Respondent") motion for a continuance (Dkt. 14).

    On January 9, 2014, Respondent filed the instant motion requesting a one-month continuance of the responsive deadlines in this case. *Id*. On January 15, 2014, Petitioner Benjamin Williamson ("Petitioner") responded and objected to any continuance. Dkt. 17.

    The Court finds that there is good cause for a short continuance so that Respondent may have sufficient time to adequately prepare her defenses, if any she may have. Therefore, the Court grants the motion in part and sets the matter for hearing at

1 | 10:00 AM on the Court's February 4, 2013 calendar.  Petitioner's request for airline
2 | change fees is denied without prejudice, and Petitioner may bring the issue to the Court's
3 | attention at the new hearing.
4 |     Respondent may filed a supplemental response no later than January 28, 2014.
5 | Petitioner may file a supplemental reply no later than February 3, 2013.
6 |     **IT IS SO ORDERED.**
7 |     Dated this 22nd day of January, 2014.

                                   _____
                                   BENJAMIN H. SETTLE
                                   United States District Judge