FILED _____ LODGED
_____ RECEIVED

FEB 04 2014

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| BENJAMIN CAMERON WILLIAMSON,<br><br>Petitioner,<br><br>vs.<br><br>BRITTANI MARIE O'LEARY WILLIAMSON,<br><br>Respondent. | NO. 3:13-cv-6007<br><br>AGREED ORDER TO RETURN CHILD |

This matter having come before the above-entitled court on the Petition of the Father, Benjamin Cameron Williamson, by and through his attorney of record, Robert K. Ricketts, and the Court being duly advised and its Findings of Fact and Conclusions of Law have been entered in this case.

**IT IS HEREBY**

**ORDERED ADJUDGED AND DECREED:**

1. The Petitioner's request for relief shall be granted insofar as C.A.W. shall be promptly returned to her habitual residence of New Zealand.

2. The Mother, Brittani Marie O'Leary Williamson, shall turn C.A.W. over to

ORDER - Page 1 of 2

ROBERT K. RICKETTS
WSB #13871
Attorney at Law
8849 Pacific Avenue
Tacoma, Washington 98444
253.535.2211

1  her Father, Benjamin Cameron Williamson, for return to New Zealand, which shall occur

2  February 5th, 2014. ✱ The Mother shall provide Father all Passports and any other

3  records (whether legal, medical, or personal) along with personal clothes and effects

4  belonging to C.A.W., necessary to facilitate the exchange.

5      3.    The Father, Benjamin Williamson, shall be responsible for C.A.W.'s travel

6  expenses to New Zealand and shall pay for the Mother's airfare to ~~Auckland~~ *Kerikeri*, New  *BW / AA*

7  Zealand with the flight to occur in February 2014, based upon ticket availability *(coach)* and her *BW / AA*

8  ability to travel. The Father will make reasonable efforts to obtain the ticket for the

9  Mother for the same flight as his and C.A.W.'s, and, if such ticket is unavailable, to

10 coordinate the flight with the Mother.

11     4.    Each party shall be responsible for their own attorney fees and costs.

✱ EXCHANGE AT FATHER'S MOTEL (BEST WESTERN AT TACOMA DOME 2/5/14 AT 9:00 A.M.)   *BW / AA*

Dated: February 4th, 2014.

_____
JUDGE BENJAMIN H. SETTLE

Presented by:

_____
Robert K. Ricketts WSB #13871
Attorney for Petitioner

Approved by:

_____
Aryna Anderson WSB #42344
Attorney for Respondent

Approved by:

_____
Benjamin Williamson
Father

Approved by:

_____
Brittani O'Leary Williamson
Mother

5. Upon return of the parties and child to New Zealand, the parties agree to share residential time with C.A.W. pending further order of the Family Court in New Zealand.

ORDER - Page 2 of 2

ROBERT K. RICKETTS
WSB #13871
Attorney at Law
8849 Pacific Avenue
Tacoma, Washington 98444
253.535.2211